UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELEE WILLIAMS,<br>        Plaintiff,<br>    v.<br>ROBERT HALF INTERNATIONAL INC.,<br>        Defendant. | Case No. 4:20-cv-03989-KAW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Re: Dkt. No. 62 |

On May 5, 2021, Defendant Robert Half International Inc. filed a motion to compel compliance with the third-party subpoena to the Esperanza Center for Behavioral Health. (Def.'s Mot., Dkt. No. 62-2.) Plaintiff claims emotional distress damages, and she identified Kathleen Alberts at the Esperanza Center as her mental health treatment provider in her discovery responses. *Id.* at 1. On March 1, 2021, through First Legal Records, Defendant served the subpoena on the Esperanza Center to obtain Plaintiff's medical records, correspondence and written documents concerning Plaintiff, and itemized billing statements. (*Id.* at 3; Subpoena, Decl. of Ellen Bronchetti, Dkt. No. 62-1 ¶ 4, Ex. B.) The Esperanza Center was required to respond with the requested records by March 18, 2021, but did not comply. *Id.* Defendant now seeks to compel compliance with the subpoena.

On May 18, 2021, Plaintiff filed a response stating that she did not take a position on the merits of motion to compel, but she requested that any documents ordered produced be designated as "Confidential and Attorneys' Eyes Only" under the stipulated protective order. (Pl.'s Resp., Dkt. No. 67 at 1-2.) This is because the documents sought are records pertaining to Plaintiff's mental health treatment. *Id.* at 2.

The Court finds this matter suitable for resolution without oral argument pursuant to Civil

Local Rule 7-1(b), and GRANTS Defendant's motion to compel in its entirety. The Esperanza Center for Behavioral Health is ordered to produce a complete copy of Plaintiff's medical records and all other documents sought in the subpoena, served on March 1, 2021, to First Legal Records, 1151 Beverly Blvd., Los Angeles, CA 90026, within 14 days of this order. Additionally, all documents produced subject to this subpoena shall be designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" per § 2.3 of the stipulated protective order. (*See* Stipulated Protective Order, Dkt. No. 38 at 2.)

IT IS SO ORDERED.

Dated: June 10, 2021

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge