**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELEE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HALF INTERNATIONAL INC.,<br><br>　　　　　Defendant. | CASE NO. 4:20-cv-03989-KAW<br><br>Hon. Kandis A. Westmore<br><br>**ORDER RE STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: 6/16/2020 |

**ORDER**

Having reviewed the stipulation between Defendant Robert Half International Inc. ("Defendant") and Plaintiff Kelee Williams ("Plaintiff") regarding modification of the briefing schedule on Defendant's motion for summary judgment, IT IS HEREBY ORDERED:

1. Plaintiff's opposition to Defendant's motion for summary judgment will be due on November 29, 2021.

2. Defendant's reply in support of its motion for summary judgment will be due on December 6, 2021.

3. The December 16, 2021 hearing date for Defendant's motion for summary judgment will remain the same.

**IT IS SO ORDERED.**

Dated: 11/22/2021

_____
Honorable Kandis A. Westmore
Magistrate Judge of the United States District Court